# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                  No. CR 04-1214 JB

COLLETTE ETCITTY,

      Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion for Downward Departure, filed November 2, 2004 (Doc. 33).  The Court held a hearing a on this motion at the Defendant's sentencing on February 1, 2005.  Consistent with the Court's ruling at the hearing, and for the reasons given at the time of the hearing, the Court will deny the Defendant's motion.

**IT IS ORDERED** that Defendant's Motion for Downward Departure is denied.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

David C. Iglesias
  United States Attorney
    for the District of New Mexico
Robert D. Kimball
  Assistant United States Attorney
Albuquerque, New Mexico

     *Attorneys for the Plaintiff*

Margaret Katze
  Assistant Federal Public Defender
Albuquerque, NM

     *Attorney for the Defendant*